1  JEFFREY D. OLSTER
   Nevada Bar No. 008864
2  olster@lbbslaw.com

3  **LEWIS BRISBOIS BISGAARD**
   **& SMITH LLP**
4  6385 South Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
5  Tel: 702-893-3383
   Fax: 702-893-3789

6
   Attorneys for Defendant
7  *Hartford Life and Accident Insurance Company*
   *(erroneously named as "Hartford Life Group Insurance Company")*
8

9  **UNITED STATES DISTRICT COURT**

10 **DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER HELLMAN,<br><br>Plaintiffs<br><br>vs.<br><br>HARTFORD LIFE GROUP INSURANCE COMPANY, as Claims Administrator for the Lennar Corporation Group Disability Income Insurance Plan; DOES I through V; ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No. 2:10-cv-01677-GMN-LRL<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |

The parties, by and through their counsel, and pursuant to the prior Joint Status Report and Stipulation and Order to Suspend Discovery Deadlines Pending Finalization of Settlement (Doc. 12), provide the following settlement status report to the Court.

1. As previously advised, the parties have reached a tentative settlement of this matter.

2. The parties are still in the process of determining the precise amount of benefits payable to Plaintiff. This process has required communications with and document procurement from third parties (the Social Security Administration and the firm that represented Plaintiff before the Social Security Administration).

4813-8296-2185.1                           -1-

**LEWIS**
**BRISBOIS**
**BISGAARD**
**& SMITH LLP**

3. Based on the foregoing, the parties respectfully request an additional thirty days to provide the Court with a dismissal of this action or a further settlement status report.

Dated this 21st day of March, 2011.

                    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ *Jeffrey D. Olster*
Jeffrey D. Olster
Nevada Bar No. 008864
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant
*Hartford Life and Accident Insurance Company (erroneously named as "Hartford Life Group Insurance Company")*

Dated this 21st day of March, 2011.

                    LAW OFFICE OF JULIE A. MERSCH

By: /s/ *Julie A. Mersch*
Julie A. Mersch
Nevada Bar No. 004695
701 South Seventh Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff
*Jennifer Hellman*

## **ORDER**

**IT IS SO ORDERED** this 21st day of March, 2011.

_____
Gloria M. Navarro
United States District Judge

4813-8296-2185.1        -2-