1  JEFFREY D. OLSTER
   Nevada Bar No. 008864
2  olster@lbbslaw.com

3  **LEWIS BRISBOIS BISGAARD**
   **& SMITH LLP**
4  6385 South Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
5  Tel: 702-893-3383
   Fax: 702-893-3789
6
   Attorneys for Defendant
7  *Hartford Life and Accident Insurance Company*
   *(erroneously named as "Hartford Life Group Insurance Company")*
8

9           UNITED STATES DISTRICT COURT

10                DISTRICT OF NEVADA

11
   JENNIFER HELLMAN,                         Case No. 2:10-cv-01677-GMN-LRL
12
            Plaintiffs                       **STIPULATION AND ORDER FOR**
13                                           **DISMISSAL WITH PREJUDICE**
   vs.
14
   HARTFORD LIFE GROUP INSURANCE
15 COMPANY, as Claims Administrator for the
   Lennar Corporation Group Disability Income
16 Insurance Plan; DOES I through V; ROE
   CORPORATIONS I through V, inclusive,
17
            Defendants.
18

19
           IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Jennifer
20
   Hellman, through her counsel, Julie A. Mersch of the Law Office of Julie A. Mersch, and
21
   defendant Hartford Life and Accident Insurance Company (erroneously named as "Hartford Life
22
   Group Insurance Company"), through its counsel, Lewis Brisbois Bisgaard & Smith LLP, that this
23
   . . .
24
   . . .
25
   . . .
26

27

28

4814-1423-1049.1                    -1-

action be dismissed with prejudice as to all parties, with each party to bear her/its own costs and attorneys' fees.[1]

DATED this 15th day of April, 2011.          DATED this 19th day of April, 2011.

LAW OFFICE OF JULIE A. MERSCH          LEWIS BRISBOIS BISGAARD & SMITH LLP

_____          _____
Julie A. Mersch                                              Jeffrey D. Olster
701 South Seventh Street                              6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89101                             Las Vegas, Nevada 89118
*Attorney for Plaintiff*                                    *Attorneys for Defendant*
*Jennifer Hellman*                                         *Hartford Life and Accident Insurance Company*

## ORDER

Upon stipulation of the aforementioned parties, and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed as to all parties, with prejudice, with each party to bear her/its own attorneys' fees and costs.

**DATED** this 21st day of April, 2011.

_____
Gloria M. Navarro
United States District Judge

---

[1] The parties' settlement agreement addresses the issue of attorneys' fees. Neither party seeks an award of attorneys' fees or costs from the Court.